KATHERINE KENDZIOR, as Administratrix of the Estate of
ANDREW KENDZIOR, Deceased, Appellant, *v.* LEHIGH
VALLEY RAILROAD COMPANY, Respondent.

Argued April 14, 1939; decided May 16, 1939.

*Manly Fleischmann*, *Adelbert Fleischmann* and *Harold Horowitz* for appellant.

*Thomas R. Wheeler* and *LeGrand F. Kirk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.